Matthew Bourhis (SBN 319382)
Ritsa Gountoumas (SBN 316713)
BOURHIS LAW GROUP, PC
7060 Hollywood Boulevard, Suite 530
Los Angeles, CA 90028
Telephone: (415) 392-4660
Facsimile: (415) 421-0259
Email: matthew.bourhis@bourhislaw.com
　　　　ritsa.gountoumas@bourhislaw.com

Attorney for Plaintiff
HENRY KAMALI, M.D.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY KAMALI, M.D., <br><br>　　　Plaintiff, <br><br>　　　v. <br><br> GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and DOES 1-10, <br><br>　　　Defendants. | Case No. 5:23-cv-02627-BLF <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Beth Labson Freeman |

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. 5:23-cv-02627-BLF

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Henry Kamali, M.D., by and through his counsel, hereby provides notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Dated: April 3, 2024

Respectfully submitted,

BOURHIS LAW GROUP, PC

By: /s/ Matthew Bourhis
Matthew Bourhis (SBN 319382)
matthew.bourhis@bourhislaw.com
Ritsa Gountoumas (SBN 316713)
ritsa.gountoumas@bourhislaw.com
BOURHIS LAW GROUP, PC
7060 Hollywood Boulevard, Suite 530
Los Angeles, CA 90028
Telephone: (415) 392-4660
Facsimile: (415) 421-0259

*Attorneys for Plaintiff Henry Kamali, M.D.*